UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HIU YUK SAKURA HAN,

              Plaintiff,

  -against-

ALBERTO GONZALES, et al.,

              Defendants.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 2313 (CPS)

An Order of Honorable Charles P. Sifton, United States District Judge, having been filed on October 30, 2007, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and directing that each party is to bear its own costs, fees, including attorney's fees and disbursements; it is

ORDERED and ADJUDGED that the action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
       November 09, 2007

                                            ROBERT C. HEINEMANN
                                            Clerk of Court